AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL THIBEAULT | ) | Case No. 14-MJ-6131-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____March 2012 to the present____ in the county of ____Middlesex____ in the
_____ District of ____Massachusetts____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 15 U.S.C. §§ 78j(b) & 78ff | Securities Fraud |

This criminal complaint is based on these facts:
See attached affidavit of Special Agent Jennifer Hale Keenan

☑ Continued on the attached sheet.

_____
Complainant's signature

Jennifer Hale Keenan, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/11/2014

_____
Judge's signature

City and state: Boston, MA

The Hon. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset